IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson Sr, Del M

Printed: 11/11/08

Case Number: 06 B 16138
Judge: Hollis, Pamela S
Filed: 12/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 29, 2008
Confirmed: February 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,579.36 |  |
| Secured: |  | 4,263.57 |
| Unsecured: |  | 2,949.07 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,806.33 |
| Trustee Fee: |  | 560.39 |
| Other Funds: |  | 0.00 |
| Totals: | 10,579.36 | 10,579.36 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,806.33 | 2,806.33 |
| 2. | Taylor Bean And Whitaker Mortgage Compan | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Taylor Bean And Whitaker Mortgage Compan | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 2,390.16 | 2,390.16 |
| 6. | Wells Fargo Financial | Secured | 1,873.41 | 1,873.41 |
| 7. | Option One Mortgage Corp | Secured | 29,841.04 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 82.54 | 337.41 |
| 9. | Cook County Treasurer | Unsecured | 0.00 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 157.37 | 643.32 |
| 11. | Sir Finance Corporation | Unsecured | 47.60 | 194.59 |
| 12. | Asset Acceptance | Unsecured | 119.02 | 486.53 |
| 13. | Capital One | Unsecured | 99.09 | 405.09 |
| 14. | RoundUp Funding LLC | Unsecured | 90.63 | 370.49 |
| 15. | Wells Fargo Financial | Unsecured | 0.00 | 0.00 |
| 16. | B-Line LLC | Unsecured | 125.15 | 511.64 |
| 17. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 18. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 19. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 20. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 21. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 22. | Allstate | Unsecured |  | No Claim Filed |
| 23. | Bennie W Fernandez | Unsecured |  | No Claim Filed |
| 24. | Armstrong | Unsecured |  | No Claim Filed |
| 25. | Capital Management | Unsecured |  | No Claim Filed |
| 26. | Codilis & Associates | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson Sr, Del M | Case Number: 06 B 16138 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 11/11/08 | Filed: 12/7/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Commonwealth Financial | Unsecured | | No Claim Filed |
| 28. | Credit Collection | Unsecured | | No Claim Filed |
| 29. | Dorothy Brown Clerk Of The Circuit | Unsecured | | No Claim Filed |
| 30. | FMA Alliance Ltd | Unsecured | | No Claim Filed |
| 31. | Terminax | Unsecured | | No Claim Filed |
| 32. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 33. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 34. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 35. | LVNV Funding | Unsecured | | No Claim Filed |
| 36. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 37. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 38. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 39. | HSBC Bank USA | Unsecured | | No Claim Filed |
| | | | $ 37,632.34 | $ 10,018.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 87.30 |
| 5.4% | 473.09 |
| | $ 560.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

